RIPLEY (STEARNS v.). See Case No. 13,340.

---

## Case No. 11,855.

### RISCH v. FISKE.

[Nowhere reported; opinion not now accessible.]